FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN PROPERTIES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NADENE MOORE, et al.,<br><br>　　　　Defendants. | Case No. CV 14-3850 UA<br><br>ORDER REMANDING ACTION |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: 5/27, 2014

HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE